IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:22-cr-00030-SMR-SBJ-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER |
| v. | ) | |
| | ) | |
| KIRA KRISTINA ZIELINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

Attorney William Breedlove is appointed, pursuant to 18 U.S.C. § 3509(h)(1), to act as the Guardian Ad Litem for minor child XB in connection with XB's potential trial testimony in this case. As part of Attorney Breedlove's representation of the child, Attorney Breedlove is permitted access to all sealed filings in this case.

Any attorney's fees must be itemized and submitted in a manner consistent with the CJA fee schedule. The reimbursement request must be submitted within 90 days of the conclusion of XB's trial testimony or after XB's testimony is no longer necessary.

IT IS SO ORDERED.

Dated this 20th day of May, 2026.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1